UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:10 CR 83 RWS |
| ) | |
| TERESA TREMUSINI, ) | |
| ) | |
| Defendant. ) | |

### **ORDER**

This matter is before me on defendant Teresa Tremusini's motion for severance [#45].

Pursuant to 28 U.S.C. § 636(b), the motion was referred to United States Magistrate Judge Mary Ann L. Medler. The United States Attorney filed a response in opposition to the motion of the defendant. Judge Medler held an evidentiary hearing on April 22, 2010. Thereafter Judge Medler filed her Report and Recommendation regarding the defendant's motion on May 12, 1010. No objection to the Magistrate Judge's recommendation was filed.

After conducting a *de novo* review of the record and after fully considering the motion and the Report and Recommendation, I will adopt and sustain the thorough reasoning of Judge Medler set forth in support of her recommended ruling.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendations of the United States Magistrate Judge [#53] is **SUSTAINED, ADOPTED, and INCORPORATED** herein.

**IT IS FURTHER ORDERED** that defendant Teresa Tremusini's motion for severance [#45] is denied.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 23rd day of July, 2010.